**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1010

DEAFUEH MONBO; JUAHDI MONBO,

Plaintiffs - Appellants,

v.

ELAINE EVANS,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:22-cv-01171-GLR)

Submitted: May 18, 2023                              Decided: May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Deafueh and Juahdi Monbo, Appellants Pro Se. Gerard Magrogan, MONSHOWER, MILLER & MAGROGAN, Ellicott City, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deafueh and Juahdi Monbo appeal the district court's order dismissing their complaint for lack of personal jurisdiction over the Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Monbo v. Evans*, No. 1:22-cv-01171-GLR (D. Md. Dec. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*